UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
MAR 2 5 2015
DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES OF AMERICA

v.

EDDIE ANTHONY WILLIAMS
JAMES CHRISTIAN YORK

CRIMINAL NO. 1:15CR017
18 U.S.C. § 371
18 U.S.C. § 922(j)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922 (i)
18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about November 2012 through January 2013, in the Northern District of Mississippi and elsewhere, **EDDIE ANTHONY WILLIAMS,** defendant herein, along with Steven D. Blevins and others known and unknown to the grand jury, knowingly conspired to possess, sell and dispose of stolen firearms which had been previously shipped or transported in interstate or foreign commerce, knowing or having reasonable cause to know that the firearms were stolen, all in violation of Title 18, United States Code, Sections 922 (j) and 371.

1

## OVERT ACTS

In furtherance of the conspiracy, the defendant committed the following overt acts:

1) Between November and January of 2013, EDDIE ANTHONY WILLIAMS and Steven D. Blevins knowingly possessed dozens of firearms which had been stolen from houses in Mississippi and Alabama.

2) On multiple occasions between November of 2012, and January of 2013, Steven D. Blevins drove EDDIE ANTHONY WILLIAMS to the residence of James Christian "Chris" York where WILLIAMS sold stolen firearms to York.

3) In addition to delivering and selling firearms to Chris York, EDDIE ANTHONY WILLIAMS and Steven D. Blevins provided stolen firearms to other individuals, known and unknown to the grand jury, so that those individuals could either sell the firearms for WILLIAMS, or purchase the firearms from WILLIAMS.

All in violation of Title 18, United States Code, § 371.

## COUNT TWO

On or about January 31, 2013, in the Northern District of Mississippi, **EDDIE ANTHONY WILLIAMS**, defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms in and affecting interstate commerce, namely: a Ruger, Model MKII, .22 caliber semi-automatic pistol; a Smith and Wesson, Model 422, .22 caliber semi-automatic pistol; a Winchester, Model 290, .22 caliber rifle; a Remington, Model 81 (Woodmaster), .35 caliber rifle; and a Mossberg, Model 500 12 gauge shotgun all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about November 2012 through January 2013, in the Northern District of Mississippi, **EDDIE ANTHONY WILLIAMS**, defendant herein, knowingly received, possessed, concealed, stored, sold, and disposed of stolen firearms which had been shipped or transported in interstate commerce, knowing or having reasonable cause to believe that the firearms had been stolen, including, but not limited to the following: a Ruger, Model MKII, .22 caliber semi-automatic pistol; and a Smith and Wesson, Model 422, .22 caliber semi-automatic pistol; a Winchester, Model 290, .22 caliber rifle; a Remington, Model 81 (Woodmaster), .35 caliber rifle; and a Mossberg, Model 500 12 gauge shotgun all in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT FOUR

Between on or about January 18, 2013, through January 31, 2013, in the Northern District of Mississippi, **EDDIE ANTHONY WILLIAMS**, defendant herein, aided and abetted by Steven D. Blevins, knowingly transported in interstate commerce a stolen firearm, to wit, a Smith & Wesson 422, .22 caliber semi-automatic pistol, knowing or having reasonable cause to believe that the firearm was stolen, all in violation of Title 18, United States Code, Sections 922(i) and 924(a)(2).

## COUNT FIVE

On or about February 6, 2013 in the Northern District of Mississippi, **CHRIS YORK**, defendant herein, did knowingly possess a firearm, namely a H&R, Model Topper 88, .410 Gauge, Top Break Shotgun, bearing serial number AY461048 and having an overall length of less than 26 inches, which was not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5861(d) and 5871.

A TRUE BILL

_____
UNITED STATES ATTORNEY

/s/ signature redacted
FOREPERSON